# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:17-CR-00372-SHR |
| v. | : | |
| ALPHONSO KALIK W. HOLMES, | : | |
| Defendant | : | |

## ORDER

The defendant having appeared before the undersigned, and a preliminary hearing having been held as to the alleged violations found in the petition (*doc. 115*) for revocation of supervised release, **IT IS ORDERED** that the Court does not find that probable cause exists as to the alleged violations. As a result of said findings, **IT IS FURTHER ORDERED** that the petition (*doc. 115*) for revocation of defendant's supervised released is **DISMISSED**, the defendant is **RELEASED** from the custody of this court, as to the same, and the defendant shall **CONTINUE** to abide by the previously set conditions of supervised release, as set forth in the judgment (*doc. 63*) issued by the District Court on July 18, 2018.

Dated: June 7, 2022

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge